U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 2 2 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cindy Beattie</u>

v.   Case No. 04-cv-98-JD

<u>William Ricker</u>

O R D E R

The court has been advised that defendant has filed for relief under the Bankruptcy Code. There appears to be no further reason to maintain the file as an open one for statistical purposes. The Clerk is instructed to statistically close the case.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.

June 22, 2005

Joseph A. DiClerico, Jr.
United States District Judge

cc: Leslie Johnson, Esq.
William Ricker, pro se