UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Cindy Beattie</u>

    v.                              Civil No. 04-cv-098-JD

<u>R & R Safety, Inc., et al.</u>


<u>O R D E R</u>

    Plaintiff's motion to stay this case pending outcome of bankruptcy plan (document no. 14) is granted. Within thirty days from the May 25, 2006, bankruptcy hearing, the plaintiff shall file either a final agreement concerning settlement or a status report with this court.

    SO ORDERED.


                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

May 11, 2006

cc:  Leslie H. Johnson, Esquire
     William Ricker, pro se