UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Cindy Beattie</u>

     v.                                    Civil No. 04-cv-098-JD

<u>R & R Safety, Inc.</u>
<u>and William Ricker</u>


O R D E R

    Cindy Beattie asks the court to enforce the settlement that
has been reached with the pro se defendants, R & R Safety, Inc.,
and William Ricker.  She represents that the United States
Bankruptcy Court in the District of Maine ordered Ricker to pay
her $2,282.60 for her unsecured claim based on their settlement
of this lawsuit.  She also states that Ricker has begun making
payments as ordered by the bankruptcy court.

    Despite the settlement and the bankruptcy court's order of
payment, the defendants have not signed the docket markings to
terminate this case.  Beattie represents that she contacted the
defendants' bankruptcy counsel who forwarded the docket markings
to the defendants but received no response.  Under these
circumstances, it is appropriate to dismiss the case without
prejudice, which will allow Beattie to bring a new action in this
court, addressing the same subject matter, or to seek appropriate
remedies from the bankruptcy court as may be necessary.

<u>Conclusion</u>

For the foregoing reasons, the case is dismissed without prejudice.  Plaintiff's motion to request approval of docket markings (document no. 17) is terminated.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge

August 24, 2006

cc:  Leslie H. Johnson, Esquire
     William Ricker, pro se